IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. 07-169 |
| LUCILLE M. HILL, | : |
| Defendant | : |

## RETURN OF SERVICE

TO THE CLERK:
United States District Court
District of Delaware

Please find attached Acknowledgment of Service of the Summons and Complaint on the above-captioned case.

          COLM F. CONNOLLY
          United States Attorney

          /s/ Patricia C. Hannigan
          Patricia C. Hannigan
          Assistant United States Attorney
          Delaware Bar I.D. No. 2145
          The Nemours Building
          1007 Orange Street, Suite 700
          P. O. Box 2046
          Wilmington, DE 19899-2046
          (302) 573-6277

Date: May 9, 2007

☐AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **DELAWARE**

UNITED STATES OF AMERICA,
          Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

LUCILLE M. HILL,
          Defendant

CASE NUMBER:  **0 7 - 1 6 9**

TO: (Name and address of Defendant)

LUCILLE M. HILL
1422 CLEVELAND COURSE
WILMINGTON, DE  19805-4516

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

UNITED STATES ATTORNEY
ATTN: PATRICIA C. HANNIGAN
1007 ORANGE STREET, SUITE 700
WILMINGTON, DE  19899

an answer to the complaint which is served on you with this summons, within _____ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**          3-23-07

CLERK                          DATE

_(signature)_

(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 5/8/07 |
| NAME OF SERVER (PPJNT) JAVIER SANCHEZ | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: JOSEPH PEPE ACCEPTED AT 1422 CLEVELAND COURSE WILMINGTON, DE

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/8/07
             Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.