IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :

       Plaintiff,          :

    v.          : CIVIL ACTION NO. 07-169

LUCILLE M. HILL,          :

       Defendant,          :

### DEFAULT AND DEFAULT JUDGMENT

AND NOW, TO WIT, THIS 13th DAY OF August, it appearing from the Declaration of Reneé A. Austin that the above named defendant has not answered or otherwise moved with respect to the Complaint, and the plaintiff having requested the entry of a default and a default judgment, it is:

ORDERED, in accordance with Rule 55(a), Fed.R.Civ.P. that a default be and it hereby is entered against the defendant, LUCILLE M. HILL.

It is FURTHER ORDERED, in accordance with Rule 55(b)(l),Fed.R.Civ.P. that Judgment be entered in favor of the Plaintiff and against the defendant in the amount of $10,697.06, plus pre-judgment costs, plus interest from the date of Judgment calculated at the legal rate computed daily and compounded annually until paid in full, and allowable costs to be awarded by the Clerk pursuant to Local Rule 54.1.

*[signature]*
Deputy Clerk, U.S. District Court

FILED

AUG 1 3 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE