IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. 07-169-GMS |
| | ) | |
| LUCILLE M. HILL | ) | |
| | ) | |
| Defendant. | ) | |

CLERK'S TAXATION OF COSTS

    August 13,2007 a default judgment was entered in favor of the plaintiff, United States of America and against the defendant, Lucille M. Hill (DI 5). No appeal has been filed. October 22,2007 the United States of America filed a bill of costs (DI 6). There is no dispute that the United States of America is the prevailing party.

    District of Delaware Local Rule (LR) 54.1 permits the Clerk to tax costs in favor of the prevailing party. The Clerk has considered the bill of costs and deems it to be timely. There is no opposition to the bill of costs.

    The United States of America requests that the Clerk tax costs of $350.00 against Lucille M. Hill. The amount claimed is equal to the filing fee at the time this action was filed. Title 28 U.S.C. § 2412(a)(2) provides authority for the United States of America to recover the filing fee. Also, LR 54.1(b)(1) permits taxing fees of the clerk.

    Therefore,

        **IT IS ORDERED that,**

    The total costs hereby taxed in favor of the plaintiff, United States of America and against the defendant, Lucille M. Hill, together with interest thereon at the applicable post-judgment rate specified in 28 U.S.C. § 1961 (as amended 1982),is the amount of **$ 350.00**.

Dated: November 20,2007

                                    Peter T. Dalleo
                                    Clerk, U.S. District Court

                                    _____
                                    Deputy   Clerk

cc:   The Honorable Gregory M. Sleet
      Patricia C. Hannigan,Esq.(CM/ECF)
      Lucille Hill (1422 Cleveland Course, Wilmington, DE  19805)
      Peter T. Dalleo, Clerk